IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GLOBAL POWER EQUIPMENT GROUP INC., et al., | ) ) ) | Case No. 06-11045 (BLS) |
| | ) | Jointly Administered |
| | ) | |
| SNC-LAVALIN POWER ONTARIO, INC., | ) ) | |
| Appellant, | ) ) | Case No. 1:08-cv-00025 (JJF) |
| v. | ) ) | |
| GLOBAL POWER EQUIPMENT GROUP INC., et al., | ) ) ) | |
| Appellees. | ) ) | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    §
                     §    SS:
NEW CASTLE COUNTY    §

I, *Lindsey M. Suprum*, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., counsel for the debtors and debtors in possession in the chapter 11 case of the above-captioned debtors and debtors in possession and that on the 25th day of February, 2008, she caused a copy of the following documents to be served *via* hand delivery to all local parties and *via* First Class Mail to all remaining parties on the Service List attached hereto as **Exhibit A**:

(1) **The Estate Representatives' Motion to Dismiss the Appeal of SNC-Lavalin Power Ontario, Inc. of the Bankruptcy Court's Confirmation Order Dated December 21, 2007 [Docket No. 6]**

{00744745;v1}

    (2)    **The Estate Representatives' memorandum of Law in Support of Motion to Dismiss Appeal of SNC-Lavalin Power Ontario, Inc. of the Bankruptcy Court's Confirmation Order Dated December 21, 2007 [Docket No. 7]**

I further certify that on the 26th, day of February, 2008, I caused the same documents to be served via electronic mail to all parties, via hand delivery to local parties and via Overnight Mail to remaining parties on the service list attached hereto as **Exhibit B**:

*(signature)*
Lindsey M. Suprum

***SWORN TO AND SUBSCRIBED*** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: February 26, 2008

*(signature)*
Notary Public
SHERRI L. CAMP
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan 12, 2010

{00744745;v1}

## **EXHIBIT A**

John K. Cunningham
Frank L. Eaton
Matthew C. Brown
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Jeffrey S. Sabin, Esquire
David M. Hillman, Esquire
Brian Kohn, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

Mark Minuti, Esquire
Jeremy W. Ryan, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

Howard L. Siegel, Esquire
Stephen Pohl, Esquire
BROWN RUDNICK BERLACK ISRAELS LLP
CityPlace
185 Asylum Street
Hartford, CT 06103-3402

## **EXHIBIT B**

William D. Sullivan, Esquire
William D. Sullivan, LLC
4 East 8th Street
Suite 400
Wilmington, DE  19801

Patrick P. Dinardo, Esquire
Pamela Smith Holleman, Esquire
Sullivan & Worcester LLP
One Post Office Square
Boston, MA  02109