UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL POWER EQUIPMENT GROUP INC., et al., | Case No. 06-11045 (BLS) |
| | (Jointly Administered): |
| SNC-LAVALIN POWER ONTARIO, INC., | |
| Appellant, | Adv. No. 1:08-cv-00025 (JJF) |
| v. | |
| GLOBAL POWER EQUIPMENT GROUP INC., et al., | |
| Appellees. | |

**STIPULATION TO STAY BRIEFING SCHEDULE
DURING PENDENCY OF MEDIATION**

SNC-Lavalin Power Ontario, Inc, ("SNC" or "Appellant") and Global Power Equipment Group Inc. and its affiliated debtors as reorganized (collectively, the "Debtors"), together with the Official Committee of Unsecured Creditors (the "Creditors' Committee) and the Official Committee of Equity Security Holders (the "Equity Committee") (together, the "Estate Representatives" or "Appellees") by and through their undersigned counsel, do hereby agree and stipulate as follows:

1.    SNC filed its Notice of Appeal in this matter on December 27, 2007. The appeal was docketed with this Court on January 14, 2008. (D.I. 4). Pursuant to this Court's Order regarding Procedures to Govern Mediation of Appeals From the United States Bankruptcy Court for this District ("Standing Order on Mediation"), dated July 23, 2004, briefing on the Appeal is stayed until the conclusion of mandatory mediation unless the Court determines otherwise.

2.      Richard Tucker (the "Mediator") has been appointed as the mediator in this matter. By teleconference with all parties held on February 13, 2008, a mediation date of March 27, 2008 was selected by the parties.

3.      On February 25, 2008, the Estate Representatives filed a Motion to Dismiss the Appeal (D.I. 6) and a Memorandum of Law in Support of the Motion (D.I. 7) (collectively, the "Motion to Dismiss"), supported by the Declaration of Candice Cheeseman. The Court's electronic docket indicates that SNC's Answering Brief/Response is due March 13, 2008 per the local rules.

4.      SNC believes that, given the terms of the Standing Order on Mediation, briefing on the Motion to Dismiss is stayed. Nevertheless, to avoid any confusion, the parties desire to enter into this Stipulation to stay the Briefing Schedule on the Motion to Dismiss during the pendency of Mediation. Accordingly, the parties hereby stipulate and agree that the time period for calculating the Appellants' deadline to file, if necessary, its Answering Brief/Response, shall be extended until ten business days following such time as the Mediator files a letter with the Court stating that the mediation has completed, per the Court's mediation procedures.

5.      SNC agrees that it will seek Court approval for this stipulation upon its execution, by filing a motion with the Court.

*(Signature block on following page)*

SULLIVAN · HAZELTINE ALLINSON LLC

_____
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-and-

SULLIVAN & WORCESTER LLP
Patrick P. Dinardo, Esq.
Pamela Smith Holleman, Esq.
One Post Office Square
Boston, MA 02109
Tel: (617) 338-2800
Fax: (617) 338-2880

Attorneys for SNC-Lavalin Power Ontario, Inc.

BAYARD, P.A.

_____
Jeffrey M. Schlerf, (No 3047)
Eric M. Sutty (No. 4007)
Mary E. Augustine (No. 4477)
Kathryn D. Sallie (No. 4600)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000

-and-

WHITE & CASE LLP
John K. Cunningham, Esq.
Frank L. Eaton, Esq.
Matthew C. Brown, Esq.
Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, FL 33131
Tel: (305) 371-2700

Attorneys for the Debtors and the New GPEG Entities.

LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
919 Market Street, Suite 600
Wilmington, DE 19801

-and-

SCHULTE ROTH & ZABEL LLP
Jeffrey S. Sabin, Esq.
David M. Hillman, Esq.
Brian Kohn, Esq.
919 Third Avenue
New York, NY 10022

Attorneys for the Official Committee of Unsecured Creditors

SAUL EWING LLP
Mark Minuti, Esq.
Jeremy W. Ryan, Esq.
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

-and-

BROWN RUDNICK BERLACK ISRAELS LLP
Howard L. Siegel, Esq.
Stephen Pohl, Esq.
CityPlace
185 Asylum Street
Hartford, CT 06103-3402

Attorneys for the Official Committee of Equity Security Holders

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GLOBAL POWER EQUIPMENT GROUP | : | Case No. 06-11045 (BLS) |
| INC., et al., | : | |
| _____ | : | (Jointly Administered): |
| | : | |
| SNC-LAVALIN POWER ONTARIO, INC., | : | |
| | : | |
| Appellant, | : | Adv. No. 1:08-cv-00025 (JJF) |
| | : | |
| v. | : | |
| | : | |
| GLOBAL POWER EQUIPMENT GROUP | : | |
| INC., et al., | : | |
| | : | |
| Appellees. | : | Re: Docket No. _____ |
| _____ | : | |

**ORDER APPROVING STIPULATION REGARDING**
**MODIFICATION ON BRIEFING SCHEDULE FOR APPEAL**

Based on the *Stipulation to Stay Briefing Schedule During Pendency of Mediation* (the "Stipulation") entered into by and between SNC-Lavalin Power Ontario, Inc. (Appellant) and the Estate Representatives (Appellees), with respect to the above-captioned appeal, the Court hereby orders and directs that the Stipulation shall be effective as an Order of this Court, and that the parties shall adhere to the modified briefing schedule set forth in paragraph 4 of the Stipulation.

Dated: March ____, 2008
Wilmington, DE

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge