## SULLIVAN · HAZELTINE · ALLINSON LLC
ATTORNEYS AND COUNSELORS AT LAW

**William D. Sullivan**
bsullivan@sha-llc.com

**William A. Hazeltine**
whazeltine@sha-llc.com

**Elihu E. Allinson, III**
zallinson@sha-llc.com

4 East 8th Street, Suite 400
Wilmington, Delaware 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

March 13, 2008

**VIA HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Lockbox 27
Wilmington, DE 19801

Re:   **SNC-Lavalin Power Ontario, Inc. v.
Global Power Equipment Group, Inc., et al.
Adv. No. 08-cv-00025 (JJF)**

Dear Judge Farnan:

    This firm, along with the firm of Sullivan & Worcester LLP, is counsel to SNC-Lavalin Power Ontario, Inc., appellants in the above-referenced civil action (the "Action"), on appeal from the Bankruptcy Court. Enclosed for Your Honor's consideration and requested entry please find: (a) the *Stipulation to Stay Briefing Schedule During Pendency of Mediation* (the "Stipulation") and (b) a proposed form of order concerning the Stipulation, copies of which were filed in the Action today. Mediation in this matter is currently scheduled for March 27, 2008.

    The parties remain available should Your Honor have any questions concerning the Stipulation or proposed form of order in connection therewith.

Very truly yours,

William D. Sullivan

cc:   Jeffrey M. Schlerf, Esq. (via Facsimile)
       John K. Cunningham, Esq. (via Facsimile)

The Honorable Joseph J. Farnan, Jr.
March 13, 2008
Page 2 of 2

    Adam G. Landis, Esq. (via Facsimile)
    Jeffrey S. Sabin, Esq. (via Facsimile)
    Jeremy W. Ryan, Esq. (via Facsimile)
    Howard L. Siegel, Esq. (via Facsimile)
    Patrick P. Dinardo, Esq. (via Facsimile)