IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Global Power Equipment Group, Inc., et al., ) | Case No. 06-11045 (BLS) |
| ) | Jointly Administered |
| ) | |
| SNC-Lavalin Power Ontario, Inc., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Case No. 8-cv-00025 (JFF) |
| ) | |
| Global Power Equipment Group, Inc., et al., ) | |
| ) | |
| Appellees. ) | |

**STIPULATION REGARDING THE
ESTABLISHMENT OF BRIEFING SCHEDULE FOR MOTION TO DISMISS**

This *Stipulation Regarding the Establishment of Briefing Schedule for Appeal* is entered into by and between Global Power Equipment Group, Inc., et al. (collectively, "Debtors"), Robert Troisio, the Deltak Plan Administrator, and the Official Committee of Equity Security Holders (collectively, the "Estate Representatives" or "Appellees") and SNC-Lavalin Power Ontario, Inc. ("Appellant") with respect to the above-captioned appeal (the "Appeal") from the Confirmation Order (as hereinafter defined).

1.  Background. Appellant filed an objection to confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of Global Power Equipment Group, Inc. and Its Affiliated Debtors. On December 21, 2007, the Bankruptcy Court entered its *Order Confirming the First Amended Joint Chapter 11 Plan of Reorganization for Global Power Equipment Group, Inc. and Its Affiliated Debtors* (Bankr. D.I. 2233) (the "Confirmation Order"). SNC filed its

{B0744460; 2}

Notice of Appeal of the Confirmation Order on December 27, 2007. This Appeal was docketed by the District Court Clerk on January 14, 2008 (D.I. 3).

2. Motion to Dismiss. On February 25, 2008, the Appellees filed their *Motion to Dismiss Appeal of SNC-Lavalin Power Ontario, Inc. of the Bankruptcy Court's Confirmation Order Dated December 21, 2007* (D.I. 6) and their *Memorandum in Support of Motion to Dismiss* (D.I. 7). Thereafter, this Court entered an Order approving a Stipulation to Stay Briefing on the Motion to Dismiss during the Pendency of Mediation. (D.I. 9).

3. Mediation. Pursuant to the *Standing Order Governing Mediation of Appeals from the United States Bankruptcy Court for this District*, entered by the District Court on July 23, 2004, mediation of this Appeal was held on March 27, 2008, with several follow-up conversations occurring between the parties the following week. On April 8, 2008, the mediator submitted his *Notice of Mediation Impasse, Concurrence of All Interested Parties* (D.I. 11) to the Court, concluding his efforts. The termination of the mediation also terminated the deferral of briefing in this Appeal and on the Motion to Dismiss.

4. Stipulation on Briefing Schedule. Based on the foregoing, the Estate Representatives and Appellant discussed and agreed upon a schedule for briefing the Estate Representatives Motion to Dismiss as follows, and request Court approval of it:

   a. Appellees' Opening Brief – filed February 25, 2008.

   b. Appellant's Answering Brief due on Tuesday, April 29, 2008.

   c. Appellees' Reply Brief due on Tuesday, May 6, 2008.

Briefing on the Appeal would be deferred pending the Motion to Dismiss.

*(signature block on following page)*

{B0744460; 2}

| | |
|---|---|
| SULLIVAN · HAZELTINE · ALLINSON LLC | BAYARD, P.A. |
| /s/ *William D. Sullivan* | /s/ *Jeffrey M. Schlerf* |
| William D. Sullivan (No. 2820) | Jeffrey M. Schlerf (No. 3047) |
| Elihu E. Allinson, III (No. 3476) | Scott G. Wilcox (No. 3882) |
| 4 East 8th Street, Suite 400 | Kathryn D. Sallie (No. 4600) |
| Wilmington, DE 19801 | 222 Delaware Avenue, Suite 900 |
| Tel: (302) 428-8191 | Wilmington, DE 19801 |
| and | -and- |
| Paul E. Summit | John K. Cunningham, Esq. |
| Patrick P. Dinardo | Frank L. Eaton, Esq. |
| Pamela Smith Holleman | Matthew C. Brown, Esq. |
| SULLIVAN & WORCESTER LLP | WHITE & CASE LLP |
| One Post Office Square | Wachovia Financial Center |
| Boston, MA 02109 | 200 South Biscayne Boulevard, 49th Floor |
| Tel: (617) 338-2800 | Miami, FL 33131 |
| *Attorneys for SNC-Lavalin Power Ontario, Inc.* | *Attorneys for the Debtors* |
| Dated: April 22, 2008 | Dated: April 22, 2008 |
| Wilmington, Delaware | Wilmington, Delaware |
| | LANDIS RATH & COBB LLP |
| | /s/ *Kerri K. Mumford* |
| | Adam G. Landis (No. 3407) |
| | Kerri K. Mumford (No. 4186) |
| | 919 Market Street, Suite 600 |
| | Wilmington, DE 19801 |
| | and |
| | Jeffrey S. Sabin, Esq. |
| | David M. Hillman, Esq. |
| | Brian Kohn, Esq. |
| | SCHULTE ROTH & ZABEL LLP |
| | 919 Third Avenue |
| | New York, NY 10022 |
| | *Attorneys to the Robert Troisio, Deltak Plan Administrator* |
| | Dated: April 22, 2008 |
| | Wilmington, Delaware |

{B0744460; 2}

SAUL EWING LLP

/s/ Mark Minuti
Mark Minuti (No. 2659)
Jeremy W. Ryan (No. 4057)
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801

and

Howard L. Siegel, Esq.
BROWN  RUDNICK  BERLACK  ISRAELS LLP
CityPlace
185 Asylum Street
Hartford, CT  06103-3402

*Attorneys for the Official Committee of Equity Security Holders*

Dated: April 22, 2008
Wilmington, Delaware

{B0744460; 2}

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Global Power Equipment Group, Inc., et al., | ) | Case No. 06-11045 (BLS) |
| | ) | Jointly Administered |
| SNC-Lavalin Power Ontario, Inc. | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | Cases No. 8-cv-00025 (JFF) |
| | ) | |
| Global Power Equipment Group, Inc., et al. | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER APPROVING STIPULATION REGARDING
THE ESTABLISHMENT OF BRIEFING SCHEDULE FOR MOTION TO DISMISS**

Based on the *Stipulation Regarding the Establishment of Briefing Schedule for Appeal* entered into by and between Global Power Equipment Group, Inc., et al. and SNC-Lavalin Power Ontario, Inc. with respect to the above-captioned appeal (the "Stipulation"), the Court hereby orders and directs that the Stipulation shall be effective as an Order of this Court, and that the parties shall adhere to the briefing schedule set forth in paragraph 4 of the Stipulation.

Dated: April ____, 2008
Wilmington, Delaware

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

{B0744460; 2}