# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| GLOBAL POWER EQUIPMENT GROUP INC., et al., | ) Case No. 06-11045 (BLS) |
| | ) Jointly Administered |
| SNC-LAVALIN POWER ONTARIO, INC., | ) |
| Appellant, | ) Case No. 1:08-cv-00025 (JJF) |
| v. | ) |
| GLOBAL POWER EQUIPMENT GROUP INC., et al., | ) |
| Appellees. | ) |

## STIPULATION OF DISMISSAL

WHEREAS, on December 27, 2007, SNC-Lavalin Power Ontario, Inc. ("SNC") filed a notice of appeal of the order confirming the First Amended Joint Chapter 11 Plan of Reorganization for Global Power Equipment Group Inc. and Its Affiliated Debtors dated December 21, 2007 (the "Confirmation Order") issued by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

WHEREAS, on February 25, 2008, Global Power Equipment Group Inc. and its affiliated debtors as reorganized, together with the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders, filed a motion to dismiss the appeal as moot pursuant to Rule 8011 of the Federal Rules of Bankruptcy Procedure;

{00891443;v1}

WHEREAS, SNC has agreed to dismiss its appeal of the Confirmation Order with prejudice.

NOW THEREFORE, the parties hereby stipulate, by and through undersigned counsel, that the appeal in Case No. 1-08-cv-00025 (JJF) shall be dismissed with prejudice, with each party to bear its own costs and attorneys fees.

Dated: May 7, 2008

| | |
|---|---|
| SULLIVAN HAZELTINE ALLINSON, LLC | BAYARD, P.A. |
| By: __/s/ William D. Sullivan_____ <br> William D. Sullivan (No. 2820) <br> Elihu E. Allinson, III (No. 3476) <br> 4 East 8th Street, Suite 400 <br> Wilmington, DE 19801 <br> (302) 428-8191 | By:_____/s/ Jeffrey M. Schlerf_____ <br> Jeffrey M. Schlerf (No. 3047) <br> Eric M. Sutty (No. 4007) <br> Mary E. Augustine (No. 4477) <br> Kathryn D. Sallie (No. 4600) <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, Delaware 19801 <br> (302) 655-5000 |
| -and- | -and- |
| Patrick P. Dinardo <br> Paul E. Summit <br> Pamela Smith Holleman <br> SULLIVAN & WORCESTER LLP <br> One Post Office Square <br> Boston, MA 02109 <br> (617) 338-2800 | John K. Cunningham <br> Frank L. Eaton <br> Matthew C. Brown <br> WHITE & CASE LLP <br> Wachovia Financial Center <br> 200 South Biscayne Boulevard, 49th Floor <br> Miami, Florida 33131 <br> (305) 371-2700 |
| Attorneys for Appellant, SNC-Lavalin Power Ontario, Inc. | Attorneys for Appellee Global Power Equipment Group Inc. |

{00891443;v1}

By: ___/s/ Adam G. Landis___
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
Wilmington, DE 19801

    -and-

Jeffrey S. Sabin, Esquire
David M. Hillman, Esquire
Brian Kohn, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

Attorneys for Appellee Official Committee of Unsecured Creditors


By: ___/s/ Jeremy W. Ryan___
Mark Minuti, Esquire
Jeremy W. Ryan, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

    -and-

Howard L. Siegel, Esquire
BROWN RUDNICK BERLACK ISRAELS LLP
Cityplace I, 185 Asylum Street
Hartford, CT 06103

Steven D. Pohl, Esquire
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111

Attorneys for Appellee Official Committee of Equity Security Holders


IT IS SO ORDERED this ___ day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE

{00891443;v1}